# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEGGY H. ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-677-SDD-RLB** |
| **EAST BATON ROUGE PARISH**<br>**SHERIFF'S DEPARTMENT, ET AL** | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on April 22, 2015.

_____

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

PEGGY H. ROBINSON                                    CIVIL ACTION

VERSUS                                               NO. 14-677-SDD-RLB

EAST BATON ROUGE PARISH
SHERIFF'S DEPARTMENT, ET AL

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed her Complaint in this matter on October 27, 2014. (R.  Doc. 1).  In addition, Plaintiff filed a Motion to Proceed In Forma Pauperis that same day. (R. Doc. 2).  On November 24, 2014, the Court ordered Plaintiff to complete form AO-239 – Application To Proceed In District Court Without Prepaying Fees and Costs (Long Form).  Plaintiff was informed that the original IFP motion did not contain sufficient information for the court to determine that Plaintiff should not pay the filing fee.  Plaintiff was ordered to submit the AO-239 by December 8, 2014.  Plaintiff failed to submit the form AO-239 or provide any other information regarding her finances.

On January 13, 2015, the court issued an order denying Plaintiff's Motion to Proceed In Forma Pauperis. (R. Doc. 4).   The court stated that Plaintiff provided the Court with information indicating income of $2,000 per month.  Plaintiff also identified available cash in the amount of $750 which is sufficient to pay the filing fee.  Plaintiff also indicated that she owns land worth $50,000 and contributes $10,000-$12,000 toward her grandchildren's education.

Plaintiff has indicated several debts owed to several entities, but has not provided the Court with information about the repayment of these debts—for example, whether Plaintiff

makes monthly payments and, if so, the amount per month.  Further, Plaintiff has not provided any information about her monthly expenses.

The court ordered Plaintiff to pay the $400.00 filing fee to the Clerk of Court within twenty-one (21) days from the date of the Order.  In addition, Plaintiff was advised that failure to pay the filing fee may result in dismissal of this action.

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that Plaintiff has not paid the $400.00 filing fee.  In addition, notice was sent to Plaintiff by regular mail and there has been no returned mail, indicating that Plaintiff received notice of the court's order.

Plaintiff has not paid the filing fee of $400.00 as ordered by the court on January 13, 2015, and consequently, has failed to timely prosecute her case.

<u>**RECOMMENDATION**</u>

It is the recommendation of the magistrate judge that this matter be dismissed without prejudice for Plaintiff's failure to pay the filing fee.

Signed in Baton Rouge, Louisiana, on April 22, 2015.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**