UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY H. ROBINSON

VERSUS

EAST BATON ROUGE PARISH
SHERIFF'S DEPARTMENT, ET AL.

CIVIL ACTION

NO. 14-677-SDD-RLB

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 22, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is dismissed without prejudice for Plaintiff's failure to pay the filing fee.

Baton Rouge, Louisiana the 15 day of May, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.